**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SUSAN STRAUSS,

      Plaintiff,

vs.                                          CASE NO. 6:05-CV-1305-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 10, filed December 20, 2005). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 10) is **ADOPTED and AFFIRMED.** This case is hereby **REMANDED** to the Social Security Administration for further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this  21st  day of December, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record